IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                           CASE NO. 1:11-CR-10037-001

TIMOTHY FRAZIER                                                       DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. (ECF No. 16). Pursuant to Fed R. Crim P. 48(a), the United States moves the Court to dismiss the Indictment filed on August 10, 2011, in this matter. Accordingly, the Indictment is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 10th day of May, 2010.

                                                               /s/ Susan O. Hickey
                                                              Hon. Susan O. Hickey
                                                              United States District Judge